UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **TYRONE EVANS** *Plaintiff,* v. **LVNV FUNDING, LLC,** *Defendant.* | Case No.:  **8:21-cv-01142-SDM-SPF** |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiff hereby notifies this Court that the Parties have reached a resolution as to all claims in this matter.

Respectfully filed on November 18, 2021, by:

/s/ *Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
1614 N 19th Street
Tel: 813-567-1230
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing

document is being served this day to counsel for Defendants, via e-notice, email, or U.S. Postal Mail First Class.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103
